# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 159 WM 2018
:
:
:
v. :
:
:
:
SCOTT M. DEBRUYCKER :
:
:
:
PETITION OF: DENNIS LUTTENAUER, :
ESQ. :

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of February, 2019, in consideration of the Motion for Leave to Withdraw Appearance, this matter is REMANDED to the Court of Common Pleas of McKean County for it to determine whether counsel should be permitted to withdraw. If counsel is permitted to withdraw, the court is instructed to resolve any issues relative to Scott Debruycker being appointed counsel.

The court is to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.